01

02

03

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08  DEMAR RHOME,                          )
                                          )   Case No. C06-1207-JLR-JPD
09              Petitioner,               )
                                          )
10       v.                               )
                                          )   ORDER OF DISMISSAL
11  WASHINGTON STATE                      )
    PENITENTIARY,                         )
12                                        )
                Respondent.               )
13  _____    )

14          The Court, after careful consideration of petitioner's amended petition for writ of

15  habeas corpus, all supporting materials and governing authorities, the Report and

16  Recommendation of the Honorable James P. Donohue, United States Magistrate Judge,

17  petitioner's objections to the Report and Recommendation (Dkt. #35), and the balance of

18  the record, does hereby find and ORDER:

19          (1)     The Court adopts the Report and Recommendation.

20          (2)     Petitioner's amended § 2254 habeas corpus petition (Dkt. Nos. 14, 18) is

21                  DISMISSED without prejudice as premature.

22          (3)     The Clerk is directed to send copies of this Order to petitioner, all counsel

23                  of record, and to Judge Donohue.

24          The court notes that petitioner has sent numerous letters to the court regarding this

25  petition.  None of the letters, however, addresses the jurisdictional defects that Judge

26  Donohue identified in the petition.  Regardless of the merits of petitioner's claims, a

ORDER OF DISMISSAL – 1

01 federal court cannot hear his petition for habeas relief until he has exhausted his state court

02 remedies.

03          DATED this 21st day of November, 2006.

04

05

06                                                    JAMES L. ROBART
                                                     United States District Judge
07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF DISMISSAL – 2